Dwight Maurice Golden III
18501 N Conquistador Drive
MaricopaAZ 85138
(480) 875-6345

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 04 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Dwight Maurice Golden III,

    Plaintiff,

v.

Federal Communications Commission;
Federal Bureau of Investigation;
Chandler Police Department;
Mesa Police Department;
Valleywise Behavioral Health Center;
Community Bridges Inc.;
Arizona Department of Health Services,

    Defendant(s).

CASE NUMBER: CV25-01933-PHX-ASB

**COMPLAINT**

## Jurisdiction

This court has jurisdiction over this matter pursuant to (ARS) Title 12 and Tilte 22 §§ Rule 31. The plaintiff is a resident of Maricopa, Pinal County, AZ and a citizen of the United States. The defendant, Federal Communications Commission, is a resident of Cerritos, CA and a citizen of the United States. The defendant, Federal Bureau of Investigation, is a resident of Phoenix, AZ and a citizen of the United States. The defendant, Chandler Police Department, is a resident of Chandler, AZ and a citizen of the United States. The defendant, Mesa Police Department, is a resident of Mesa, AZ and a citizen of the United States. The defendant, Valleywise Behavioral Health Center, is a resident of Mesa, AZ and a citizen of the United States. The defendant, Community Bridges Inc., is a resident of Mesa, AZ and a citizen of the United States. The defendant, Arizona Department of Health Services, is a resident of Phoenix, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

I was mentally, physically, & sexuly abused throughout the process of an illegal investigation. I am not a criminal nor am I mentally ill of any kind. I am still traumatized by the occurrence that had happened. My rights were violated as a citizen I was treated poorly and lost all of my friends and family

because of this matter. I was forced to take medication I did not need or want to take and I suffer from side effects that are not in my control and it is making it hard for me to take care of my son also to go to work to be able to take care of him. My devices, home, & transportation are being tampered with I have reported this incident to the state of Arizona and the United States Department of Justice and have not had any luck with resolving this problem as I am defenseless and not able to defend myself due to the abuse of power and authority.

## Demand

Would like to be compensated for pain & suffering as well as trauma & would also like to recieve all legal, federal, & medical documentation for my name "Dwight Maurice Golden III" **Damages: $130,000,000,000**  Defamation, violation of the fifth and fourteenth amendment as well as mental, physical, and sexual abuse. I am also traumatized and not able to conduct business properly have lost out on many great opportunities and historical events with my company as well as family and friends. The Plaintiff wants a trial by jury.

Date: 6/02/2025

Signature of Pro Se Plaintiff
Dwight Maurice Golden III
18501 N Conquistador Drive
Maricopa, AZ 85138
(480) 875-6345